SMITH *v.* NOBLE DRILLING CORP.

No. 648. Decided January 29, 1968.

*Samuel C. Gainsburgh* for petitioner.

*W. Ford Reese* for respondent.

PER CURIAM.

The petition for a writ of certiorari to the Supreme Court of Louisiana is granted. The judgment below is vacated and the case is remanded to the Supreme Court of Louisiana for further consideration in light of *Billiot* v. *Sewart Seacraft, Inc.,* 382 F. 2d 662 (C. A. 5th Cir. 1967), and *Loffland Brothers Co.* v. *Huckabee,* 373 F. 2d 528 (C. A. 5th Cir. 1967).